1062

No. 98–812. BARBERA ET UX. v. NATHAN, CHAPTER 7 TRUSTEE. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 98–536. OLMSTEAD, COMMISSIONER, GEORGIA DEPARTMENT OF HUMAN RESOURCES, ET AL. v. L. C., BY ZIMRING, GUARDIAN AD LITEM AND NEXT FRIEND, ET AL. C. A. 11th Cir. [Certiorari granted, ante, p. 1054.] The order entered December 14, 1998, granting the petition for writ of certiorari is amended to read as follows: "Certiorari granted limited to Question 1 presented by the petition."

DECEMBER 18, 1998

No. 98–771. FLIGHT INTERNATIONAL OF FLORIDA ET AL. v. DESROSIERS, BY AND THROUGH HIS GUARDIAN AD LITEM, DESROSIERS, ET AL. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.

No. 98–7323 (A–499). IN RE SMITH. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 98–7318 (A–497). SMITH v. MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. S. C. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

DECEMBER 21, 1998

No. 98–808. ATRIA RECLAMELUCIFERS FABRIEKEN BV (CRICKET BV) ET AL. v. TALKINGTON ET AL. C. A. 4th Cir. Cer-